# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHERYL BESSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TELCOM CREDIT UNION,<br><br>Defendant. | Case No.  2:13-cv-13391-BAF-DRG |

Plaintiff Cheryl Besser ("Plaintiff"), and Defendant Telcom Credit Union ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any alleged class members.  No motion for class certification has been filed and no class has been certified in this action.  Accordingly, class notice and Court approval of the settlement are not required under Fed R. Civ. P. 23(e).  In exchange for the Plaintiff's individual release of claims set forth in a Confidential Settlement Agreement and Release dated October 25, 2013 (the "Settlement Agreement") and such other consideration set forth in the Settlement Agreement, the parties hereby request that the Court dismiss with prejudice Plaintiff's individual claims and dismiss without prejudice the claims of any alleged class members, and retain jurisdiction to interpret and enforce the terms of the Confidential Settlement Agreement and Release entered into by the parties.

Dated:  November 8, 2013

Respectfully submitted,

/s/ Sunshine R. Fellows
Sunshine R. Fellows
sfellows@carlsonlynch.com
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA  15212
Telephone:  412-322-9243
Facsimile:   412-231-0246

*Attorneys for Plaintiff*

/s/ Lisa T. Milton
Lisa T. Milton
ltmilton@brmattorneys.com
Bowen, Radabaugh & Milton P.C.
4967 Crooks Road, Suite 150
Troy, MI  48098
Telephone:  248-641-8486
Facsimile:  248-641-8219

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on November 8, 2013. The parties may access this pleading through the Court's electronic filing system.


*/s/ Sunshine R. Fellows*
Sunshine R. Fellows